Dismissed and Memorandum Opinion filed December 30, 2008








Dismissed
and Memorandum Opinion filed December 30, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00873-CV

____________

 

METROPOLITAN TRANSIT AUTHORITY A/K/A METROPOLITAN
TRANSIT AUTHORITY OF HARRIS COUNTY, TEXAS, Appellant

 

V.

 

NATALIE J. EVANS, Appellee

 



 

On Appeal from the
281st District Court

Harris County,
Texas

Trial Court Cause
No. 2005-75579

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed June 13, 2008.  On December 12, 2008, 
appellant filed a motion to dismiss the appeal because the case has settled.   See
Tex. R. App. P. 42.1.  The motion
is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Justices Frost, Brown, and Boyce.